# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUSTIN G. GROVE | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:19-CV-2040 |
| AXA ADVISORS, LLC | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF REMOVAL**

Comes now the Petitioner/Defendant, AXA Advisors, LLC ("AXA"), by and through its undersigned attorneys, Colin Bell, Esquire and the Law Office of Schenker, Krause & Lopez, pursuant to 28 U.S.C. §1441 *et. seq.*, files this Notice of Removal of this action from the Circuit Court for Frederick County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully avers as follows:

1.  Petitioner has been named as Defendant in a suit filed in the Circuit Court for Frederick County, Case No.: C-10-CV-19-000436. Suit was originally filed on or about May 29, 2019 and AXA was served by a process server hand delivering the suit papers to the Maryland resident agent of AXA on June 11, 2019.

2.  AXA is a limited liability company, formed under the laws of the State of Delaware, with a principal place of business located at 1209 Orange Street, Wilmington, Delaware 19801. The sole member of Petitioner is AXA Distribution Holding Corporation, which corporation was formed under the laws of the state of Delaware and has its corporate headquarters (i.e. its "nerve center" from where the majority of its corporate officers work and

the major decisions as to the ongoing operations of the corporation are made) located at 1290 Avenue of the Americas, New York, NY 10104.

3. Plaintiff is an individual resident of the state of Pennsylvania.

4. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332. Petitioner seeks to remove this action to this Court under Title 28 U.S.C. §1441.

5. Filed herewith as Exhibits 1 through 8 are copies of all pleadings and papers served on Petitioner/Defendant, consisting of (1) Cover letter from Plaintiff's counsel; (2) Writ of Summons (x2 copies); (3) Frederick County Circuit Court Civil-Non-Domestic Case Information Report; (4) Plaintiff's Complaint; (5) Election for Jury Trial; (6) Notice and Certificate of Service [of discovery]; (7) Interrogatories; and (8) Requests for Production.

6. The above-entitled matter is a motor tort in which Plaintiff alleges negligent driving on the part of non-party, William Toland, causing an accident with a vehicle in which Plaintiff was traveling and from which Plaintiff was injured and incurred damages. Plaintiff alleges that Toland was driving at the relevant time while he was in the course and scope of employment and/or agency with AXA and for which AXA is thus vicariously liable under that legal theory known as *respondeat superior*.

7. Petitioner is entitled to removal because there is complete diversity of citizenship between the Plaintiff and Defendant and the amount in controversy exceeds $75,000.00. Plaintiff is a resident of the state of Pennsylvania. AXA is a limited liability company formed under the laws of the State of Delaware with a principal place of business in the State of Delaware; and whose sole member, AXA Distribution Holding Corporation, is a corporation

formed under the laws of the state of Delaware with corporate headquarters in the State of New York. Plaintiff's Complaint seeks judgment in an amount in excess of $75,000.00.

WHEREFORE, Petitioner/Defendant, AXA Advisors, LLC, respectfully requests that the above-entitled action be removed from the Circuit Court for Frederick County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

/s/ *Colin Bell*
Colin Bell (26855)
Schenker, Krause & Lopez
600 Red Brook Blvd., Suite 650
Owings Mills, Maryland 21117
(410) 559-2410
Colin.bell@zurichna.com
*Attorneys for Defendant, AXA Advisors, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July 2019, a copy of the foregoing Notice of Removal was served either by the Court's ECF system if Plaintiff's counsel is a member of the bar and registered and in any event, in addition, was also e-mailed and mailed, postage prepaid, sent to:

David B. Jackson, Esquire
Ingerman & Horowitz, LLP
20 Park Avenue
Baltimore, Maryland 21201
djackson@ihlaw.com
*Counsel for Plaintiff*

/s/ *Colin Bell*