| | | |
|---|---|---|
| JUSTIN G. GROVE | * | IN THE |
| 6555 Guitner Road | | |
| Greencastle, PA 17225 | * | CIRCUIT COURT |
| | | |
| Plaintiff | * | OF MARYLAND |
| | | |
| v. | * | FOR |
| | | |
| | * | FREDERICK COUNTY |
| AXA ADVISORS, LLC | | |
| 1209 Orange Street | * | |
| Wilmington, DE 19801 | | |
| Serve On Resident Agent: | * | |
| CSC Lawyers Incorporating Service Co. | | |
| 7 St. Paul Street, Ste. 820 | * | Case No.: |
| Baltimore, MD 21202 | | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Plaintiff, Justin Grove, by David B. Jackson and Ingerman & Horwitz, LLP, his attorneys, sues Defendant, AXA Advisors, LLC, and says:

### COUNT I
(Negligence – Respondant Superior)

1. On or about September 13, 2016, at approximately 9:46 am, Plaintiff Justin Grove was operating a motor vehicle in a safe and careful manner, traveling eastbound on Baltimore National Pike (Route 40) at or near Harmony Road, both public streets and/or highways, in Frederick County, Maryland.

2. At the time and place aforesaid, William A. Toland, an agent, servant and/or employee of Defendant AXA Advisors, LLC, was operating a motor vehicle traveling northbound on Harmony Road in Frederick County, Maryland.

3. Without warning, and in a careless and reckless manner, William, A. Toland, the agent, servant and/or employee of Defendant AXA Advisors, LLC, negligently

entered the intersection of Baltimore National Pike and Harmony Road and struck Plaintiff's vehicle. Said impact caused Plaintiff's vehicle to strike a guardrail and go down an embankment.

4. William A. Toland, the agent, servant and/or employee of Defendant AXA Advisors, LLC, owed a duty to Plaintiff Justin Grove to operate his vehicle in a lawful, safe, careful and prudent manner, and with that degree of care and skill which a reasonable and prudent driver, operating under similar circumstances, would exercise.

5. William A. Toland, the agent, servant and/or employee of Defendant AXA Advisors, LLC, breached his duty to Plaintiff Justin Grove by: (a) failing to keep his motor vehicle under proper and sufficient control; (b) negligently traveling at a high and excessive rate of speed given the existing circumstances; (c) failure to keep a safe and proper distance between his vehicle and other vehicles on the roadway; (d) failing to apply the brakes of his vehicle in time so as to avoid said collision; (e) failing to yield the right of way; (f) causing an impact between his vehicle and Plaintiff's vehicle when in the exercise of due care he would not have and could not have done so; and (g) was in other respects negligent, careless and reckless.

6. As a result of William A. Toland, the agent, servant and/or employee of Defendant AXA Advisors, LLC, negligence, as aforesaid, Plaintiff Justin Grove was thrown about with great force inside his vehicle and was caused to suffer severe, painful and permanent injuries to his head, neck, back, limbs and body and suffered pain, agony and mental anguish. Plaintiff Justin Grove's injuries are serious and permanent in nature, having already required substantial medical treatment since the time of the accident and will require additional extensive medical care in the future.

7. As a further result of William A. Toland's the agent, servant and/or employee of Defendant AXA Advisors, LLC, negligence, Plaintiff Justin Grove was caused to incur substantial medical expenses and will incur additional medical expenses in the future.

Plaintiff also was forced to miss time from work with the resultant loss of income.

8. All of Plaintiff Justin Grove's injuries, damages and losses are the direct and proximate result of the negligence of Willaim A. Toland's agent, servant and/or employee of Defendant AXA Advisors, LLC, with no lack of due care or negligence on the part of the Plaintiff contributing thereto, either directly or indirectly.

9. At all times relevant hereto, Plaintiff Justin Grove was exercising due care for his own safety.

10. At all times relevant hereto, William A. Toland was operating a motor vehicle in furtherance of the employer's business and was acting within the scope of his authority as an agent, servant and/or employee of Defendant AXA Advisors, LLC. This suit is brought against Defendant AXA Advisors, LLC as being vicariously liable for all damages caused by its agent, servant, and/or employee, William A. Toland, in furtherance of AXA Advisors, LLC business.

WHEREFORE, Plaintiff, Justin A. Grove, claims damages against Defendant AXA Advisors, LLC, in the amount in excess of seventy-five thousand dollars ($75,000).

Respectfully submitted,

DAVID B. JACKSON
CPF No.: 9912150061
Ingerman & Horwitz, LLP
20 Park Avenue
Baltimore, MD 21201
(410) 539-1200
(410) 539-0149 (fax)
djackson@ihlaw.com
Attorneys for Plaintiff

## CERTIFICATE OF NO RESTRICTED INFORMATION

I HEREBY CERTIFY, pursuant to Md. Rule 20-201(f) that the foregoing Complaint contains no restricted information.

David B. Jackson
CPF No.: 9912150061